THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS DOMINSKI, Appellant.

Argued April 13, 1948; decided May 20, 1948.

*Earl W. Brydges* for appellant.

*William E. Miller, District Attorney (J. F. Henry De Lange* **of** counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.